UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

:

ERGUIS MERTIRI, *individually and as Trustee of the*
*Mertiri Family Living Trust*

:
:
:
:

Plaintiff,

:

25-cv-9752 (LJL)

:

-v-

:

ORDER

:

VOLATILITY SHARES LLC, et al.,

:
:

Defendants.

:
:

----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/12/2026

LEWIS J. LIMAN, United States District Judge:

This order memorializes the ruling made at the initial pretrial conference on May 11, 2026. The parties are directed to file a proposed Case Management Plan and Scheduling Order within two weeks following the Court's decision on Defendants' anticipated motion to dismiss.

SO ORDERED.

Dated: May 12, 2026
        New York, New York

_____
LEWIS J. LIMAN
United States District Judge